# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2012
_____

United States of America

*Plaintiff - Appellee*

v.

Snofawn Torres-Webber

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: December 25, 2015
Filed: January 11, 2016
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Snofawn Torres-Webber appeals from the sentence imposed by the District Court[1] after she pleaded guilty to conspiring to commit robbery.  Her counsel has

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence and conditions of supervised release are unreasonable. We conclude that the within-Guidelines sentence is not substantively unreasonable. United States v. Cook, 698 F.3d 667, 670 (8th Cir. 2012) (standards of review). Because Torres-Webber did not object to the conditions of supervised release at sentencing, we review only for plain error. See United States v. Simons, 614 F.3d 475, 478 (8th Cir. 2010); see also Fed. R. Crim. P. 52(b). There is no such error. See 18 U.S.C. § 3583(d) (noting that additional conditions of supervised release must be "reasonably related" to certain 18 U.S.C. § 3553(a) factors, involve "no greater deprivation of liberty than reasonably necessary," and be consistent with any relevant Sentencing Commission policy statements). We have reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), and we find no nonfrivolous issues for appeal.

Accordingly, we affirm the sentence, and we grant counsel's motion to withdraw.

_____